

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Darrin Keith Wilson,

Vs. No. 11-19-00057-CR

The State of Texas,

\* From the 91st District Court
of Eastland County,
Trial Court No. 24574.

\* March 7, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Bailey, C.J., and Willson, J.,
not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.